## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| **BEAU CHARBONNEAU,** )<br>On Behalf of Himself and All Others )<br>Similarly Situated, )<br> )<br>      Plaintiff, )<br>vs. )<br> )<br>**MORTGAGE LENDERS OF AMERICA,** )<br>**L.L.C.** )<br>      Defendant. )| **Case No.: 2:18-cv-02062-CM-KGS** |

### DEFENDANT MORTGAGE LENDERS OF AMERICA, L.L.C.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)(6), defendant Mortgage Lenders of America, L.L.C. ("Defendant") moves the court for partial dismissal of certain claims asserted in Plaintiff's Second Amended Complaint ("Second Amended Complaint").  In support of this motion, Defendant states as follows:

Plaintiff filed a First Amended Petition on April 17, 2018.  Doc. # 10.  On May 1, 2018, Defendant filed a Motion to Dismiss and Supporting Memorandum.  Doc. #13 and Doc. # 14.   On May 22, 2018, Plaintiff filed his Opposition to Defendant Mortgage Lenders of America, L.L.C.'s Motion to Dismiss.  Doc. # 21.  On May 23, 2018, Plaintiff filed a Second Amended Complaint.  Doc. # 23.  On June 5, 2018, Defendant filed its Reply Memorandum in Support of its Motion to Dismiss.  Doc. # 26.

In light of certain representations made by Plaintiff in his Opposition Memorandum and amended allegations in the Second Amended Complaint, Defendant is withdrawing certain issues raised in its Motion to Dismiss, ¶¶ 1, 2, 3, and 6.  Although

Defendant is withdrawing these issues at this time, it reserves its right to raise them at a later stage in these proceedings.

In response to the Second Amended Complaint, Defendant seeks dismissal of the following claims:

1.      In Count V of the Second Amended Complaint, Plaintiff asserted a claim for wages based on the common law theories of unjust enrichment/quantum meruit. Doc. #23, Count V.   Count V does not seek any additional relief beyond what is available under the FLSA and the KWPA.   Further, Plaintiff has an adequate remedy at law under the FLSA and/or the KWPA for MLOA's alleged wage violations and, therefore, the unjust enrichment/quantum meruit claims should be dismissed.   Plaintiff also alleged the existence of a written agreement with Defendant.   The alleged existence of an agreement also precludes Plaintiff from recovering under an unjust enrichment theory.   Therefore, Count V of the Second Amended Complaint should be dismissed.

2.      Count VI contains a claim based on breach of contract for compensation for "all time worked, including both straight time and overtime."  (Doc. #23, ¶ 163)  The common law breach of contract claim for overtime compensation is duplicative of Plaintiff's FLSA claim, and therefore, should be dismissed because it is preempted by the FLSA.   In the alternative, the breach of contract claim should be allowed only to the extent the statute of limitations on the contract claim exceeds the FLSA limitations period.

3.      The parties have already extensively analyzed the issues regarding Count V and Count VI in the briefing related to the Motion to Dismiss the First Amended

Complaint.  The same legal issues remain with Count V and Count VI in the Second Amended Complaint.  Instead of briefing the issues a second time, in further support of this motion, Defendant incorporates by reference the argument and authorities related to the issues referenced in paragraphs 1 and 2 above contained in Defendant Mortgage Lenders of America, L.L.C.'s Memorandum in Support of its Motion to Dismiss (Sections D and E)[1] and Defendant Mortgage Lenders of America, L.L.C.'s Reply Memorandum in Support of its Motion to Dismiss (Sections D and E)[2].

WHEREFORE, Defendant Mortgage Lenders of America, L.L.C. seeks an Order from the Court dismissing the following claims from the Second Amended Complaint:

a.  The claim in Count V for wages based on the common law theories of unjust enrichment/quantum meruit; and

b.  The claim in Count VI for overtime wages based on breach of contract.

Respectfully submitted,

ROUSE FRETS GENTILE RHODES, LLC

By:   /s/ Mary C. O'Connell
        Mary C. O'Connell    KS #25722
        Christopher L. Kurtz  KS #24388
        Joel H. Driskell       KS #27205
        5250 W. 116th Place, Suite 400
        Leawood, KS 66211
        Phone: (913) 387-1600
        Fax: (913) 928-6739
        moconnell@rousefrets.com
        ckurtz@rousefrets.com
        hdriskell@rousefrets.com

**ATTORNEYS FOR DEFENDANT**
**MORTGAGE LENDERS OF AMERICA, L.L.C.**

---

[1] Doc. # 14.
[2] Doc. # 26.

## **CERTIFICATE OF SERVICE**

I certify that on June 6, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to the following:

Brett A. Davis
Tracey F. George
DAVIS GEORGE MOOK, LLC
1600 Genesee, Suite 328
Kansas City, MO  64102
Phone: (816) 569-2629
brett@dgmlawyers.com
tracey@dgmlawyers.com

ATTORNEYS FOR PLAINTIFF


 /s/ *Mary C. O'Connell*