# EXHIBIT 3

CONFIDENTIAL



Date: August 16, 2013
To: Beau Charbonneau and Rick Sano
Cc: Paula Acree
From: Philip Kneibert
Subject: Team Leader Employment Memo

Congratulations and thank you for accepting the position of Team Leader. Below you'll find details in regard to your primary job responsibilities and compensation. Compensation will begin effective 8/1/13.

**Primary Responsibilities:**
- Recruit successful loan officers.
- Train and Manage a team of approximately ten loan officers.
- Ensure that all leads and customers are communicated with in an efficient and professional manner.
- Ensure loan files are originated by the team accurately, compliantly and completely.
- Other projects or duties as needed.

**Compensation:**
- Headcount Override:
    - $175 per LO who reports to the Team Lead.
- GCI Override:
    - 4% of the GCI funded by Loan Officers who report to the Team Lead.
- Personal Production:
    - Loans originated and funded by the Team Lead will be paid at a minimum tier of 50% of GCI.

Thanks again for your commitment to MLA. I look forward to working more closely with you as the new teams develop.

Please let me know if you have any questions or comments.



8400 West 110th Street Suite 500 Overland Park, KS 66210   Phone: (913) 491-4299   Fax: (913) 338-1055

MLOA 040641