IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| **BEAU CHARBONNEAU**, <br><br> on Behalf of Himself <br> and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **MORTGAGE LENDERS OF AMERICA L.L.C.**, et al., <br><br> Defendants. | **CASE NO.: 2:18-CV-2062-HLT-ADM** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON DEFENDANTS' PURPORTED FLSA EXEMPTION DEFENSES**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs respectfully request this Court grant summary judgment on behalf of Plaintiff Beau Charbonneau and all Opt-In Team Lead Plaintiffs (the "Team Lead Plaintiffs") against Defendants Mortgage Lenders of America, L.L.C., Philip Kneibert, and Bradley Ives (collectively "MLOA") with respect to MLOA's purported FLSA exemption affirmative defenses. In support of this Motion, Plaintiffs state as follows:

1. The Team Lead Plaintiffs in this matter allege that MLOA improperly and illegally classified them as exempt from the provisions of the Fair Labor Standards Act ("FLSA"). MLOA defends this action by claiming that these Plaintiffs were exempt from the FLSA's overtime requirements under three purported exemptions: the administrative and/or executive capacity exemptions and/or the highly compensated employee exemption. It is MLOA's' burden to prove—not Plaintiffs' burden to disprove—the applicability of an exemption to avoid overtime liability. The undisputed facts reveal MLOA cannot meet this burden.

2. As set forth in Plaintiffs' Memorandum in Support of this motion, filed contemporaneously herewith and incorporated herein by reference, these purported exemption defenses fail as a matter of law because the record evidence demonstrates that MLOA failed to pay Team Leads on a "salary basis" at predetermined, guaranteed rate of at least amount of $455 per week or its monthly equivalent of $1,971.66 per month – a threshold requirement to invoke any of these purported exemptions under the FLSA.

WHEREFORE, Plaintiff Charbonneau and the Opt-In Team Lead Plaintiffs respectfully request this Court grant summary judgment in their favor with respect to MLOA's purported exemption defenses.

Respectfully submitted,

**DAVIS GEORGE MOOK LLC**

/s/ *Nicholas J. Walker*
Nicholas J. Walker, KS Bar No. 21951
Brett A. Davis, KS Bar No. 16217
Tracey F. George, D.Kan. Bar No. 77967
1600 Genessee St., Suite 328
Kansas City, MO 64102
Tel. 816-569-2629
Fax. 816-447-3939
E-mail: tracey@dgmlawyers.com
E-mail: brett@dgmlawyers.com
E-mail: nick@dgmlawyers.com
www.dgmlawyers.com

**Attorneys For Plaintiffs**

### CERTIFICATE OF SERVICE

I certify that I have served the foregoing **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF electronic filing system, which will send electronic notification to the following:

Chris R. Pace
Justin M. Dean

        Katherine K. Paulus
        OGLETREE DEAKINS
        4520 Main Street, Suite 400
        Kansas City, Missouri 64111
        chris.pace@ogletree.com
        justin.dean@ogletree.com
        katherine.paulus@ogletree.com
        **Attorneys for Defendants**

This 1st day of June, 2020.

        /s/ *Nicholas J. Walker*
        **Attorney for Plaintiffs**