**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | |
|---|---|
| **BEAU CHARBONNEAU**,<br><br>on Behalf of Himself<br>and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>**MORTGAGE LENDERS OF AMERICA L.L.C., et al.**<br><br>   Defendants. | **CASE NO.: 2:18-CV-2062-HLT-ADM**<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF NICHOLAS J. WALKER**

I, Nicholas J. Walker, pursuant to 28 U.S.C. § 1746, declare that the following are true and correct:

1. I, together with co-counsel, represent Plaintiffs in the above-captioned lawsuit. I offer this declaration in support of Plaintiffs' Motion to Approve Request For Attorneys Fees', Costs and Expenses And Integrated Memorandum in Support ("Fee Approval Motion").

2. I am a partner in the law firm Davis George Mook LLC where I have focused my practice on representing plaintiffs in wage and hour collective actions.

3. I obtained a Juris Doctor from the University of Missouri Law School in 2004 where I was a member and editor of the Missouri Law Review. In 2006, I began working at the national employment boutique Ogletree Deakins where I was elected to partner in 2012—the first

1

year I was eligible. The following year, I was recruited by my mentor and nationally renowned trial attorney Donald Prophete to join him as a partner at Littler Mendelson. In 2015, I joined Mr. Prophete at his request at Constangy, Brooks, Smith, and Prophete where he was asked to be "a name-on-the-door" partner.

4. During my time as a partner at these well-respected national law firms, I was responsible for leading the defense in both high profile/high damage single plaintiff lawsuits and high-stakes complex multi-plaintiff litigation for some of the nation's largest corporations. Additionally, I was responsible for providing employment and wage and hour advice as acting in-house counsel to a number of entities including a Fortune 500 company and leading/conducting large-scale investigations and audits concerning the employment practices of a number of clients.

5. My former clients included Walmart, Target, Huntington Ingalls, Georgia Pacific, 3M, Home Depot, Tyco Fire & Security, the Missouri Highway and Transportation Commission, Scholastic, Whirlpool, Union Pacific, Tyson Foods, Burns and McDonnell, Merck, Sara Lee, Frito Lay, Jostens, AT&T, Goodyear Tire, Dr. Pepper, the Minnesota Vikings, Cargill, and others.

6. I have tried several cases to juries in both state and federal court. I also have experience successfully representing clients in arbitration. I have been the lead or co-lead attorney in a number of arbitrations and over one hundred lawsuits in state and federal courts in a number of venues including California, Colorado, Kansas, Missouri, and Virginia.

7. My prior defense background in leading high-stakes litigation and multi-plaintiff complex actions allows me to bring a different perspective to our cases and help push the settlement to maximum value by: (i) identifying additional areas of weakness in an employer's case, (ii) knowing the thought process of decisionmakers in these high-stakes settlement

negotiations and anticipating barriers to resolution, (iii) anticipating defense strategy and preparing to thwart it, (iv) drafting topics for Rule 30(b)(6) depositions that give us the information we need to engage in appropriate e-discovery, and (v) identifying search terms when agreeing to ESI protocol to locate key documents.

8. Since starting at Davis, George, Mook, LLC just two years ago, I have handled and resolved three other collective actions in a number of venues throughout the United States resulting over three million dollars for our clients:

    a. *Twohill v. First Acceptance Corp..*, M.D Tenn. 3:17-cv-00284-JSF-WLC (FLSA collective action brought on behalf of 138 insurance agents; settlement approved)

    b. *Terri Powell v. IKEA Industry Danville, LLC*, E.D. Vir. 4:18-cv-0058-PMS-JPJ (FLSA collective action brought on behalf of team captains; settlement approved)

    c. *Seiffert v. Qwest Corporation et al.*, D. Mont., 4:18-cv-00070-BMM (conditionally certified, FLSA nation-wide collective action on behalf of Engineer Is and IIs misclassified as exempt from overtime; settlement approved)

9. My current hourly rate is $525/hour.

Executed on this 12th day of May, 2021.

                                           */s/ Nicholas J. Walker*
                                           Nicholas J. Walker