

2020 EDITION • 10TH ANNUAL

# CORPORATE COUNSEL DESK BOOK

## IN THIS EDITION





### 4 BILLING RATES

Our exclusive sampling of the billing rates of attorneys and staffers



### 16 IN-HOUSE COUNSEL DIRECTORY

Our extensive list of regional corporate counsel

*Revenue or estimates most recent available

## Missouri Lawyers WEEKLY

319 N. 4th Street, 5th Floor
St. Louis, MO 63102
1-800-635-5297 • 314-621-8500
FAX (314) 621-1913
E-mail: mail@molawyersmedia.com
Circulation: (800) 451-9998
www.molawyersmedia.com

**Publisher**
Liz Irwin
lirwin@molawyersmedia.com

**EDITORIAL**
**Editor**
Cindi Lash
clash@molawyersmedia.com

**News Editor**
Dana Rieck

**Senior Reporter**
Scott Lauck

**Staff Reporter**
Nicholas Phillips
Jessica Shumaker

**Digital Editor**
Scott Andera

**ADVERTISING**
**Advertising Director**
Johnny Aguirre
jaguirre@molawyersmedia.com

**Senior Account Executive**
Karen Karl

**CIRCULATION & MARKETING**
Shaun Witt
switt@bridgetowermedia.com

**PUBLIC NOTICE**
**Public Notice Manager**
Karie Clark
kclark@molawyersmedia.com

**Intake/Quality Assurance Supervisor**
Lisa Fowler

**Public Notice Coordinator**
Chanel Jones

**Customer Service Representative**
Tammy Morehead

**DESIGN & PRODUCTION**
**Production Manager**
John Reno
jreno@molawyersmedia.com

**Assistant Production Manager**
Mike Heidorn

**Special Projects Designer**
Kady Weddle

**Promotions & Ads Designer**
Jordan Mazuranic

**ADMINISTRATION**
**Business Manager**
Stephen Pope
spope@bridgetowermedia.com

**Accounting Assistant**
Kathleen Travis,
ktravis@molawyersmedia.com

Copyright 2019. Missouri Lawyers Media LLC. All rights reserved. We have prepared this material at substantial expense and for the sole, exclusive and personal use of purchasers and subscribers of this publication. You may not republish, resell, record, or otherwise use this material for any purpose, without the publisher's written consent. We will seek legal redress for any infringement of our copyright.
Missouri Lawyers Media, LLC is an equal opportunity employer and is a wholly-owned subsidiary of Bridgetower Media, 222 South Ninth Street, Suite 2300, Minneapolis, MN 55402.





# Welcome to BILLING RATES 2019

This year's edition features an expansive set of data. We found rates for 213 Missouri-based attorneys and 77 Missouri staff members. We also feature rates for 18 lawyers and staff who work at out-of-state offices of Missouri or metro-area firms. For more rates of out-of-state attorneys who did work in Missouri in the last year, please visit us online at molawyersmedia.com.

A large portion of that data is thanks to a massive class-action settlement with Syngenta regarding its use of genetically modified corn. A federal judge gave final approval late last year to a $1.51 billion class-wide settlement — the largest Missouri case of 2018 as tracked by Missouri Lawyers Media.

**HOURLY RATES FOR**

**213** Missouri attorneys

**77** Missouri staff

**290** Out-of-state attorneys and staff

A third of that settlement went to fees for hundreds of lawyers across the country who aided in the litigation. The filings in support of that fee application also reveal the biggest hourly fees in this year's Billing Rates edition — $865 an hour for the partners at Stueve Siegel Hanson and Gray, Ritter & Graham who led the case.

The median hourly rate for Missouri lawyers as a whole was $370 an hour, up from the $318 median rate we reported in 2018. Outside of the state's two metropolitan areas, the median remained at $250.

In Kansas City, the median rate was $405 an hour, up from $350 the prior year. The median partner charged $475 an hour, while the median associate rate was $345. In St. Louis, the median rate was $343, with the median partner charging $390 and the median associate charging $298. St. Louis figures were calculated from a pool of 96 attorneys, while the Kansas City figures were from a pool of 178 lawyers.

• **METHODOLOGY**

Missouri Lawyers Media gathers hourly rates from fee applications filed with courts within the past 12 months. Rate information from courts generally came from bankruptcy cases, class-action lawsuits and cases in which the prevailing side was able to request its legal costs under a fee-shifting statute, such as in employment and civil-rights cases. Some rates also came from agreements with public entities for legal advice on specific projects.

Where possible, we use the attorney's standard or customary rates, rather than the rate the court applied or discounted rates offered to a particular client. Rates can vary according to the case or client, so one listed rate for an attorney might not apply in other cases.

The rates are a sampling only. Though drawn from recent court filings, some fee requests were for work performed in previous years, so rates might have changed in the meantime. Wherever possible, we have used the most recent available rates.

Attorneys are listed with the firm or organization where they worked at the time the fee request was made. They might have changed firms or been promoted since then, or the firm might have changed names or ceased to exist.

Information on titles, practice specialties and office locations comes primarily from fee applications, supplemented with information from firm websites. Practice listings typically describe the type of case for which the fee was incurred, which might not be the attorney's main area of practice.

Attorneys and staff in offices near the metropolitan St. Louis area in Illinois and the metropolitan Kansas City area in Kansas were counted as in-state rates. If it was not clear where staff members were located, we generally list them as being in the location of the firm's headquarters.

*Reporters Scott Lauck, Jessica Shumaker and Nicholas Phillips, and freelance researcher Jennie Goodman researched the listings.*

*Revenue or estimates most recent available

# BILLING RATES

## ATTORNEY RATE RANGES



## HIGHEST MISSOURI RATES

| RANK | FIRM | HOURLY RATE | NAME | TITLE | CITY | PRACTICE |
|---|---|---|---|---|---|---|
| 1 | Gray, Ritter & Graham | $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL |
| 4 | Holland Law Firm | $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL |
| 5 | Gray, Ritter & Graham | $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL |
| 5 | Stueve Siegel Hanson | $825 | Steve Six | Partner | Kansas City | Class Action/MDL |
| 7 | Shook, Hardy & Bacon | $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action |
| 8 | Stinson Leonard Street | $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL |
| 9 | Shamberg, Johnson & Bergman | $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL |
| 9 | Stueve Siegel Hanson | $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL |
| 9 | Walters Bender Strohbehn & Vaughan | $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL |
| 12 | Gray, Ritter & Graham | $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL |
| 12 | Stueve Siegel Hanson | $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL |
| 14 | Shook, Hardy & Bacon | $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action |
| 15 | Miller Schirger | $675 | John Schirger | Partner | Kansas City | Class Action/MDL |
| 15 | Miller Schirger | $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL |
| 15 | Paul LLP | $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL |
| 18 | Paul LLP | $650 | Rick Paul | Partner | Kansas City | Class Action/MDL |
| 19 | Armstrong Teasdale | $645 | Scott Hunt | Partner | St. Louis | Bankruptcy |
| 19 | Armstrong Teasdale | $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract |
| 19 | Thompson Coburn | $645 | Mark Bossi | Partner | St. Louis | Bankruptcy |

# BILLING RATES

## IN-STATE

| RATE/HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **ACCESS DISABILITY** | | | | | |
| $202 | David D. Camp | Partner | St. Louis | Social Security Disability | 2019 |
| **AFFINITY LAW GROUP** | | | | | |
| $315 | J. Talbot Sant Jr. | Of Counsel | St. Louis | Bankruptcy | 2019 |
| **ALLIANCE DEFENDING FREEDOM** | | | | | |
| $495 | Erik Stanley | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| $450 | Joel Oster | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| **ARMSTRONG TEASDALE** | | | | | |
| $645 | Scott Hunt | Partner | St. Louis | Bankruptcy | 2019 |
| $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract | 2019 |
| $605 | David Going | Partner | St. Louis | Bankruptcy | 2019 |
| $605 | Richard Engel Jr. | Partner | St. Louis | Bankruptcy | 2019 |
| $485 | Jeffrey L. Schultz | Partner | St. Louis | Breach of Contract | 2019 |
| $455 | Scott Jansen | Partner | St. Louis | Bankruptcy | 2019 |
| $425 | Eric Walter | Partner | St. Louis | Breach of Contract | 2019 |
| $325 | Ben Musholt | Associate | Jefferson City | Bankruptcy | 2019 |
| $325 | Erin Edelman | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | John Willard | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | Lucas Pendry | Associate | St. Louis | Breach of Contract | 2019 |
| $295 | John Moore | Associate | St. Louis | Bankruptcy | 2019 |
| $275 | Patricia Beckerle | Associate | St. Louis | Bankruptcy | 2019 |
| $260 | Han Liu | Associate | St. Louis | Bankruptcy | 2019 |
| $215 | Theresa Ritter | Paralegal | St. Louis | Bankruptcy | 2019 |
| $180 | Brandi Vogt | Paralegal | St. Louis | Bankruptcy | 2019 |
| $150 | Barbara Bathe | Specialist | St. Louis | Bankruptcy | 2019 |
| $150 | Julia Renaud | Specialist | St. Louis | Bankruptcy | 2019 |
| $125 | Susan Williams-Umstead | Paralegal | Kansas City | Bankruptcy | 2019 |
| **BARRY S. GINSBURG, ATTORNEY AT LAW** | | | | | |
| $275 | Barry S. Ginsburg | Attorney | St. Louis | Breach of Contract | 2018 |
| **BRATCHER GOCKEL LAW** | | | | | |
| $500 | Lynne Bratcher | Partner | Kansas City | Employment | 2018 |
| $500 | Marie Gockel | Partner | Kansas City | Employment | 2018 |
| $150 | Mike Bell | Paralegal | Kansas City | Employment | 2018 |
| **BROWN & RUPRECHT** | | | | | |
| $300 | Frank Wendt | Partner | Kansas City | Business Litigation | 2018 |
| $195 | Kurt S. Brack | Partner | Kansas City | Business Litigation | 2018 |
| $85 | N/A | Paralegal | Kansas City | Business Litigation | 2018 |
| **BROWN & WATKINS** | | | | | |
| $550 | C. Jason Brown | Partner | Gower | Class Action | 2019 |
| $550 | Jayson Watkins | Partner | Gower | Class Action | 2019 |
| $100 | N/A | Paralegal | Gower | Class Action | 2019 |
| **CARMODY MACDONALD** | | | | | |
| $395 | Robert E. Eggmann | Principal | St. Louis | Bankruptcy | 2019 |
| $385 | Spencer Desai | Partner | St. Louis | Bankruptcy | 2019 |
| **COVER & HILTON** | | | | | |
| $200 | Cary V. Cover | Partner | Clinton | Receivership | 2019 |
| **DANNA MCKITRICK** | | | | | |
| $385 | A. Thomas DeWoskin | Principal | St. Louis | Bankruptcy | 2019 |
| **DAVID SCHROEDER LAW OFFICE** | | | | | |
| $300 | David Schroeder | Attorney | Springfield | Bankruptcy | 2019 |
| **DAVIS GEORGE MOOK** | | | | | |
| $575 | Tracey F. George | Partner | Kansas City | Class Action | 2019 |
| **DENNIS W. FOX & ASSOCIATES** | | | | | |
| $201 | Jennifer Van Fossen | Attorney | St. Louis | Social Security Disability | 2019 |
| **DOBSON, GOLDBERG, BERNS & RICH** | | | | | |
| $450 | Johnathan C. Berns | Partner | St. Louis | Employment | 2018 |
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $160 | Lawrence Pratt | Partner | St. Louis | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $525 | Scott Nehrbass | Partner | Kansas City, Kansas | ERISA Class Action | 2018 |
| $415 | J. Steven Massoni | Special Counsel | Kansas City, Kansas | ERISA Class Action | 2018 |
| $300 | Sara Otto | Associate | Kansas City, Kansas | ERISA Class Action | 2018 |
| **FREDRICH J. CRUSE, ATTORNEY AT LAW** | | | | | |
| $225 | Fredrich Cruse | Attorney | Hannibal | Bankruptcy | 2019 |
| $80 | Bobbi Daughtery | Paralegal | Hannibal | Bankruptcy | 2019 |
| **FREEDOM CENTER OF MISSOURI** | | | | | |
| $340 | Dave Roland | Attorney | Mexico | Sunshine Law | 2019 |
| **GHIO LAW FIRM** | | | | | |
| $400 | Matt Ghio | Partner | St. Louis | Employment | 2018 |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| $325 | Norman Pressman | Member | St. Louis | Bankruptcy | 2019 |
| $225 | Robert Breidenbach | Member | St. Louis | Bankruptcy | 2019 |
| **GORNY LAW FIRM** | | | | | |
| $600 | Steve Gorny | Founding Member | Kansas City | Sunshine Law | 2019 |
| $350 | Chris Dandurand | Attorney | Kansas City | Sunshine Law | 2019 |
| **GRANT, MILLER & SMITH** | | | | | |
| $350 | William Grant | Partner | St. Louis | Family Law | 2019 |

*Revenue or estimates most recent available