IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BEAU CHARBONNEAU**, <br><br> on Behalf of Himself <br> and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **MORTGAGE LENDERS OF AMERICA L.L.C., et al.** <br><br> Defendants. | CASE NO.: 2:18-CV-2062-HLT-ADM <br><br> JURY TRIAL DEMANDED |

**NOTICE OF FILING AMENDED SETTLEMENT AGREEMENT
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO APPROVE
<u>FLSA COLLECTIVE ACTION SETTLEMENT</u>**

Plaintiff Beau Charbonneau, on behalf of himself and others similarly situated, with the consent of Defendants Mortgage Lenders of America, L.L.C., Philip Kneibert, and Bradley Ives, submits the parties' Amended Settlement Agreement and Release of Claims (attached as Exhibit 1) in support of Plaintiffs' Unopposed Motion to Approve FLSA Collective Action Settlement, filed at Docket Entry 217. This Amended Settlement Agreement and Release of Claims wholly replaces and supplants the parties' prior agreement filed as Doc. 217-1.

Date: June 21, 2021.

Respectfully submitted,

**DAVIS GEORGE MOOK LLC**

/s/ *Tracey F. George*
Brett A. Davis, KS Bar No. 16217
Tracey F. George, D.Kan. Bar No. 77967
Nicholas J. Walker KS Bar No. 21951
**DAVIS GEORGE MOOK LLC**
1600 Genessee St., Suite 328
Kansas City, MO 64102
Tel. 816-569-2629
Fax. 816-447-3939
E-mail: tracey@dgmlawyers.com
E-mail: brett@dgmlawyers.com
E-mail: nick@dgmlawyers.com
www.dgmlawyers.com

**Attorneys For Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this, the 21st day of June, 2021, I have served the foregoing on Defendants via the Court's CM/ECF electronic filing system, which will send electronic notification to all counsel of record.

/s/ *Tracey F. George*
**Attorney for Plaintiffs**