-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **BEAU CHARBONNEAU**,<br><br>on Behalf of Himself<br>and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>**MORTGAGE LENDERS OF AMERICA L.L.C.**, **et al.**<br><br>    Defendants. | **CASE NO.: 2:18-CV-2062-HLT-ADM** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Beau Charbonneau and Defendants Mortgage Lenders of America, Phillip Kneibert, and Bradley Ives, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action with prejudice.  Accordingly, Plaintiff voluntarily dismisses this action.

Date:  January 19, 2022

-1-

-2-

**ATTORNEYS FOR PLAINTIFFS**

/s/ *Nicholas J. Walker*
Brett A. Davis, KS Bar No. 16217
Tracey F. George, D.Kan. Bar No. 77967
Nicholas J. Walker, KS Bar No. 21951
**DAVIS GEORGE MOOK LLC**
1600 Genessee St., Suite 328
Kansas City, MO 64102
Tel. 816-569-2629
Fax. 816-447-3939
E-mail: tracey@dgmlawyers.com
E-mail: brett@dgmlawyers.com
E-mail: nick@dgmlawyers.com
www.dgmlawyers.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Justin M Dean*
Chris R. Pace KS Bar No. #17178
Justin M. Dean KS Bar No. #19636
**OGLETREE DEAKINS**
4520 Main Street, Suite 400
Kansas City, Missouri 64111
chris.pace@ogletree.com
justin.dean@ogletree.com

-2-